**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| YANTING LIU; YANER LIU, | No. 08-71725 |
| Petitioners, | Agency Nos.      A098-448-363 |
| | A098-448-480 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 15, 2011**

Before:      CANBY, O'SCANNLAIN, and FISHER, Circuit Judges.

Yanting Liu and Yaner Liu, natives and citizens of China, petition for

review of the Board of Immigration Appeals' order dismissing their appeal from an

immigration judge's decision denying their application for asylum and withholding

of removal. We have jurisdiction under 8 U.S.C. § 1252. We review for

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

substantial evidence factual findings.  *See Farah v. Ashcroft*, 348 F.3d 1153, 1156 (9th Cir. 2003).  We deny the petition for review.

Substantial evidence supports the agency's adverse credibility determination based on the inconsistencies in Yanting's testimony regarding her husband's visits and the timing of her alleged pregnancy.  *See Li v. Ashcroft*, 378 F.3d 959, 962 (9th Cir. 2004).  Petitioners' explanation that Yanting was confused does not compel a contrary result.  *See Lata v. INS*, 204 F.3d 1241, 1245 (9th Cir. 2000).  In the absence of credible testimony, petitioners' asylum and withholding of removal claims fail.  *See Farah*, 348 F.3d at 1156.

**PETITION FOR REVIEW DENIED.**